| | |
|---|---|
| DAVID L. ANDERSON (CABN 149604)<br>United States Attorney<br><br>HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division<br><br>DENISE M. OKI (CABN 311212)<br>Assistant United States Attorney<br><br>   450 Golden Gate Avenue, Box 36055<br>   San Francisco, California 94102-3495<br>   Telephone: (415) 436-7196<br>   FAX: (415) 436-7200<br>   Email: Denise.Oki@usdoj.gov<br><br>Attorneys for United States of America | **FILED**<br>Feb 02 2021<br>SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MAURICE N. FRIERA and<br>MELODY A. HANLEY,<br><br>   Defendant. | NO. 17-CR-0483 JCS<br><br>NOTICE OF DISMISSAL |

  With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above information against Maurice N. Friera and Melody A. Hanley without prejudice.

DATED:    February 2, 2021                    Respectfully submitted,

                          DAVID L. ANDERSON
                          United States Attorney


                              *Helen Gilbert*
                          HELEN L. GILBERT
                          Chief, General Crimes Section

NOTICE OF DISMISSAL
No. CR 17-0483 MAG_____                                     v. 7/10/2018

Leave is granted to the government to dismiss the information against Maurice N. Friera and Melody A. Hanley.

Date: February 2, 2021

_____
HON. JOSEPH C. SPERO
United States Chief Magistrate Judge